| | |
|---|---|
| 1 | Zackary A. Paal (Cal. State Bar No. 261827) |
| 2 | zpaal@williamskastner.com<br>Scott B. Henrie, WSBA #12673, Pro Hac Vice |
| 3 | shenrie@williamskastner.com<br>Manish Borde, WSBA #39503, Pro Hac Vice |
| 4 | mborde@williamskastner.com<br>WILLIAMS, KASTNER & GIBBS PLLC |
| 5 | 601 Union Street, Suite 4100<br>Seattle, WA 98101-2380 |
| 6 | Telephone: (206) 628-6600<br>Facsimile: (206) 628-6611 |
| 7 | Attorneys for Plaintiff/Counter-Defendant<br>JAMES F. RIGBY, CHAPTER 7 TRUSTEE |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JAMES F. RIGBY, CHAPTER 7 TRUSTEE,<br><br>        Plaintiff,<br><br>    v.<br><br>STANLEY M. GORDON, individually and as TRUSTEE OF THE GORDON FAMILY TRUST DATED FEBRUARY 1, 2006; et al.,<br><br>        Defendants. | NO. SA CV 13-01352 R (PWJx)<br><br>JUDGMENT |
| CITIBANK, N.A., a national banking association,<br><br>        Counter-Claimant,<br><br>    v.<br><br>JAMES F. RIGBY, CHAPTER 7 TRUSTEE,<br><br>        Counter-Defendant,<br><br>And<br><br>FIRST REPUBLIC BANK, a California corporation,<br><br>        Third-Party Defendant. | |

1

5014659.2

The Court determined on July 7, 2014 that Plaintiff's Motion for Partial Summary Judgment should be GRANTED in all respects. Having now entered the Findings of Fact and Conclusions of Law which are incorporated herein, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff shall recover $3,058,333.33 as of May, 31, 2014 with interest to accrue at a daily rate of $1,041.67 after May 31, 2014.

## I. JUDGMENT SUMMARY

This Judgment shall be summarized as follows:

| | |
|---|---|
| Judgment Creditor: | James F. Rigby as Trustee for the Bankruptcy Estate of Michael R. Mastro |
| Judgment Debtors: | Stanley M. Gordon, individually and on behalf of his marital community with Ellen D. Gordon; Ellen D. Gordon, individually and on behalf of her marital community with Stanley M. Gordon; Ryan R. Knott, individually and on behalf of his marital community with Ashley Knott; Ashley Knott, individually and on behalf of her marital community with Ryan R. Knott |
| Principal Judgment Amount | **$3,058,333.33** |
| Costs and Attorney Fees | TBD  $_____.__ |
| Post-Judgment Interest shall bear interest at a daily rate of $1,041.67 | |
| Attorney for Judgment Creditor: | Scott B. Henrie, WSBA #12673, Pro Hac Vice<br>Manish Borde, WSBA #39503, Pro Hac Vice<br>Zackary A. Paal, Cal. State Bar No. 261827<br>WILLIAMS, KASTNER & GIBBS PLLC<br><br>Robert M. Aronson, Cal. State Bar No. 81487<br>LAW OFFICE OF ROBERT M. ARONSON |

5014659.2

## II. ORDER

It is so ORDERED that a final judgment shall be entered against Defendants Stanley M. Gordon, individually and on behalf of his marital community with Ellen D. Gordon; Ellen D. Gordon, individually and on behalf of her marital community with Stanley M. Gordon; Ryan R. Knott, individually and on behalf of his marital community with Ashley Knott; Ashley Knott, individually and on behalf of her marital community with Ryan R. Knott, in the amount of $3,058,333.33, plus interest at a daily rate of $1,041.67 from June 1, 2014.

IT IS SO ORDERED.

DATED: July 23, 2014

HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

WILLIAMS, KASTNER & GIBBS PLLC
/s/Manish Borde, Pro Hac Vice
Zackary A. Paal, Cal. State Bar No. 261827
Scott B. Henrie, WSBA #12673, Pro Hac Vice
Manish Borde, WSBA #39503, Pro Hac Vice

Robert M. Aronson, Cal. State Bar No. 81487
LAW OFFICE OF ROBERT M. ARONSON
444 S. Flower Street, Suite 1700
Los Angeles, CA 90071

Attorneys for Plaintiff/Counter-Defendant
JAMES F. RIGBY, CHAPTER 7 TRUSTEE

5014659.2