```
 1  Gerald N. Sims (Cal. Bar No. 99133)
    Kathleen A. Cashman-Kramer (Cal. Bar No. 128861)
 2  Lynn M. Beekman (Cal. Bar No. 149325)                JS - 6
    PYLE SIMS DUNCAN & STEVENSON, APC
 3  401 "B" Street, Suite 1500
    San Diego, CA  92101
 4  Tel:  (619) 687-5200
    Facsimile: (619) 687-5210
 5  Email: jerrys@psdslaw.com

 6  Attorneys Counter-Claimant
    Citibank, N.A., a national banking association
 7
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JAMES F. RIGBY, CHAPTER 7 TRUSTEE, | Case No. SA CV 13-1352 R (PJWx) |
| Plaintiff, | JUDGMENT PURSUANT TO STIPULATION BETWEEN COUNTER-CLAIMANT, CITIBANK, N.A. AND COUNTER-DEFENDANT, JAMES F. RIGBY, CHAPTER 7, TRUSTEE |
| v. | |
| STANLEY M. GORDON, individually and as TRUSTEE OF THE GORDON FAMILY TRUST DATED FEBRUARY 1, 2006; ELLEN D. GORDON, individually and as TRUSTEE OF THE GORDON FAMILY TRUST DATED FEBRUARY 1, 2006; RYAN R. KNOTT, AN INDIVIDUAL; ASHLEY KNOTT, an individual, CITIBANK, N.A., a National Banking Association, and DOES 1-100, | Honorable Manuel L. Real |
| Defendants. | |
| CITIBANK, N.A., a National Banking Association, | |
| Counter-Claimant, | |
| v. | |
| JAMES F. RIGBY, CHAPTER 7 TRUSTEE, | |
| Counter-Defendant, | |

Upon reading the Stipulation For Entry of Judgment between Citibank, N.A., Counter-Claimant ("Citibank"), and James F. Rigby, Chapter 7 Trustee, Counter-Defendant ("Rigby"), and good cause appearing therefore,

IT IS ORDERED that the Stipulation For Entry Of Judgment attached hereto as **Exhibit "A"** is approved.

IT IS ORDERED that final judgment shall immediately be entered between Citibank and Rigby as set forth below.

JUDGMENT IS HEREBY ENTERED as follows:

1. This Judgment affects real property located at 500 Emerald Bay, Laguna Beach, California 92651, Assessor's Parcel No. 053-084-04, with the following legal description:

> The Following Described Real Property Situate in the City of Laguna Beach, County of Orange, and State of California, To Wit:
>
> Lot 50 of Tract No. 1108, as per map recorded in Book 35, Page 39 to 41 inclusive of Miscellaneous Maps, in the office of the County Recorder of said County.

(The "Real Property.") Title to the Real Property is held in the name of "Stanley M. Gordon and Ellen D. Gordon, and Their Successors, as Trustees of the Gordon Family Trust Dated February 1, 2006" (the "Gordons").

2. James F. Rigby, Chapter 7 Bankruptcy Trustee for the bankruptcy estate of Michael R. Mastro, *In re Michael R. Mastro*, United States Bankruptcy Court for the Western District of Washington Case No. 09-16841-MLB ("Rigby"), shall deliver an executed and notarized Full Reconveyance of that certain "Deed of Trust" recorded against the Real Property on February 2, 2006, in the official records of Orange County, California, as instrument number 2006000077939 executed by the Gordons as Trustor in favor of beneficiary Michael Mastro (hereafter the "2006 Mastro Deed of Trust"). The Full Reconveyance shall be in recordable form.

3. The 2006 Mastro Deed of Trust is hereby determined to be void and of no further force and effect.

4. That certain "Home Equity Line Of Credit Deed of Trust" recorded against the Real Property on February 1, 2007, in the official records of Orange County, California, as instrument number 2007000069606, executed by the Gordons, as Trustors, in favor of beneficiary, Citibank ("2007 Citibank Deed of Trust"), is determined to be, and shall be, senior in priority to that certain "Short Form Deed of Trust and Assignment of Rents" recorded against the Real Property on January 26, 2007, in the official records of Orange County, California, as instrument number 2007000055693, executed by the Gordons, as Trustors, in favor of beneficiary, Michael R. Mastro ("2007 Mastro Deed of Trust").

5. Notwithstanding the provisions of paragraph 4 above, the senior lien priority granted to the 2007 Citibank Deed of Trust over the 2007 Mastro Deed of Trust is limited to $811,771.29 (the balance owing on the Citibank HELOC as of June 11, 2014), plus any interest that may accrue thereafter pursuant to the terms of the Citibank HELOC and any other charges/fees permitted to be added pursuant to those terms (the "Lien Priority Amount"). Any principal advances on the Citibank HELOC beyond the Lien Priority Amount, if any, shall not be entitled to priority senior to the 2007 Mastro Deed of Trust as long as it remains an enforceable lien on the Real Property.

6. Citibank's acceptance of junior priority as to all amounts over the Lien Priority Amount is made for the benefit of Rigby and his respective successors, legal representatives and assigns only. There are no third party beneficiaries to this Judgment. As to all other persons or entities, the 2007 Citibank Deed of Trust secures all amounts owing under the Citibank HELOC and is not capped at the Lien Priority Amount.

7. Citibank shall cause this Judgment to be recorded in the Official Records of Orange County, California.

8. Each party to bear their own costs, expenses and attorneys' fees.

IT IS SO ORDERED.

Dated:  September 12, 2014   _____
HONORABLE MANUEL L.  REAL
UNITED STATES DISTRICT COURT JUDGE

Presented By:

PYLE SIMS DUNCAN & STEVENSON,
A Professional Corporation


By:   /s/ Gerald N. Sims
     Gerald N. Sims
     Kathleen A. Cashman-Kramer
      Lynn M. Beekman
Attorneys for Counter-Claimant,
Citibank, N.A., a national banking association



WILLIAMS, KASTNER & GIBBS PLLC


By: /s/ Manish Borde
      Manish Borde
Attorneys for Counter-Defendant,
James F.  Rigby, Jr., as Chapter 7 Trustee
for  the Mastro Bankruptcy Estate